UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MARTHA SWEET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:14-CV-148 |
| v. ) | |
| ) | Collier/Carter |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On August 18, 2015, United States Magistrate Judge Susan K. Lee filed a report and recommendation (Court File No. 26) on Plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Court File No. 20). Neither party has objected to the R&R within the given fourteen days.

The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Court File No. 26). Accordingly, Plaintiff's motion for attorney fees (Court File No. 20) is **GRANTED** to the extent of $5,785.56 and Plaintiff is awarded attorney fees in the amount of **$5,785.56**.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**